**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-2473**

———————

In re:  BAARI'A [of the family] MUHAMMAD, a/k/a Lumin Lucky Lander,

        Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:25-cv-00972-TDS-LPA)

———————

Submitted:  April 23, 2026                      Decided:  April 27, 2026

———————

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Baari'a Muhammad, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

   Baari'a Muhammad petitions for writ of mandamus, alleging that the district court has unduly delayed acting on several of her motions in her civil action.  She seeks an order from this court directing the district court to act.  Our review of the district court's docket reveals that the district court dismissed Muhammad's complaint for lack of subject matter jurisdiction and denied all pending motions on January 12, 2026.  Accordingly, because the district court has ruled on Muhammad's motions, we deny the mandamus petitions as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
